■ MARIE A. MERLE, Respondent, v SCOTT W. MERLE, Appellant. [759 NYS2d 410] —Appeal from an order of Supreme Court, Onondaga County (DeJoseph, J.), entered March 15, 2002, which, inter alia, denied defendant's motion to compel plaintiff to deed certain real property to defendant's brother.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed with costs for reasons stated at Supreme Court, Onondaga County, DeJoseph, J. Present—Pigott, Jr., P.J., Hurlbutt, Scudder, Lawton and Hayes, JJ.